Ronald D. Mercaldo (State Bar No. 002753)
Marco B. Mercaldo (State Bar No. 20241)
Carlo N. Mercaldo (State Bar No. 23361)
**MERCALDO LAW FIRM**
1853 North Kolb Road
Tucson, AZ 85715
Tel (520) 624-1400
Fax (520) 624-1955
ron@mercaldo.com
marco@mercaldo.com
carlo@mercaldo.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Madison Udell, individually and on behalf of her minor daughter, Leana Udell, | Case No. |
| Plaintiffs, | |
| v. | **COMPLAINT** |
| United States of America, a body politic; and Tucson Medical Center, an Arizona Corporation, | |
| Defendants. | |

Plaintiff, Madison Udell, individually and on behalf of her minor daughter, Leana Udell, by and through undersigned counsel and for their claims against the Defendant, state and allege as follows:

1. This action arises under the Federal Tort Claims Act, 28 USC §§ 2671 *et seq*. This Court has jurisdiction pursuant to 28 USC § 1346(b).

2. Plaintiff Madison Udell and her minor daughter, Leana Udell, are residents of Tucson, Arizona. The acts and omissions complained of herein occurred at or near Tucson, Arizona, in the District of Arizona.

3. Plaintiffs bring this cause of action for their injuries, pain, and suffering, and other economic and non-economic damages sustained by Plaintiffs which resulted from the acts and omissions of Defendants and their agents and employees.

4. Defendant United States of America, owns, operates, and/or otherwise controls a licensed health care facility known as El Rio Community Health Center a/k/a El Rio Birth and Women's Center ("El Rio") located at 5979 E. Grant Rd. #107 in Tucson, Arizona.

5. Defendant United States of America, in operating El Rio, holds itself out as competent and qualified in providing and administering health care to the public and to Plaintiffs and willing to comply with the appropriate standard of care for health care providers in their respective fields.

6. El Rio, operated by Defendant United States of America, employs, among others, doctors, nurses, certified nurse midwives, nurse practitioners, physician assistants, and other health center personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

7. Defendant Tucson Medical Center ("TMC") is a hospital/health care facility located and doing business in Tucson, Arizona.

8. Defendant TMC, in partnership with El Rio, provides for the delivery of babies by El Rio midwives, assisted by TMC staff, either in the labor and delivery unit or the midwifery center at TMC.

9. This Court has jurisdiction over Defendant TMC pursuant to 28 USC § 1367(a).

10. Venue and jurisdiction are proper in this Court.

11. On or about December 6, 2018, and continuing thereafter, Madison Udell came

under the care and treatment of El Rio Birth & Women's Center employees and staff members for care related to her pregnancy and childbirth.

12. On or about May 8, 2019, Madison Udell was admitted to TMC for labor management under the care of both TMC and El Rio agents and employees.

13. Plaintiffs allege that Defendants were negligent in their diagnosis and/or care and/or treatment of Madison Udell and Leana Udell and that such negligence caused damages to Plaintiffs.

14.  As a direct and proximate result of the negligence, carelessness and failure of the defendants to exercise a reasonable degree of professional skill, knowledge and care, Plaintiffs have and will continue to suffer in the future pain, grief, sorrow, anguish, stress, shock and mental suffering, along with loss of consortium and damages associated with the developmental delay of baby Leana in an amount which has yet to be ascertained.

15. Plaintiffs served a Form 95 upon US Department of Health and Human Services on or about February 13, 2020. The US Department of Health and Human Services failed to make final disposition of this claim within six months and it is therefore deemed denied pursuant to 28 USC § 2675(a). This action is timely and within the statute of limitations.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, in an amount which will compensate them for their injuries/damages sustained herein, for the costs of this action, and for such other and further relief as the Court deems just and reasonable.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 31st day of August 2020.

**MERCALDO LAW FIRM**

/s/ Marco B. Mercaldo
Marco B. Mercaldo
*Attorney for Plaintiffs*

4